IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GREATGIGZ SOLUTIONS, LLC, § § *Plaintiff*, § § v. § § NEXTCARE TEXAS, LLC,  NEXTCARE § PRIMARY CARE TEXAS PLLC, § § *Defendants*. § | CIVIL ACTION NO.  2:22-CV-00362-JRG |

## ORDER

Before the Court is the Stipulated Motion for Dismissal (the "Stipulation") filed by Plaintiff GreatGigz Solutions, LLC ("GreatGigz"). (Dkt. No. 31.) The Stipulation states that GreatGigz and Defendants NextCare Texas, LLC and NextCare Primary Care Texas PLLC (collectively, "NextCare") move for an order dismissing all claims asserted by GreatGiz against NextCare with prejudice and all counterclaims asserted by NextCare against GreatGigz without prejudice pursuant to Rule 41(a)(1)(A)(ii). (*Id.* at 1.)

Having considered the Stipulation, the Court **ORDERS, ACCEPTS AND ACKNOWLEDGES** that all claims asserted by GreatGigz against NextCare in the above-captioned case are **DISMISSED WITH PREJUDICE** and all counterclaims asserted by NextCare against GreatGigz are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 4th day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE